IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RED ONLINE MARKETING GROUP, LP d/b/a/ 50ONRED, | : : : | CIVIL ACTION |
| Plaintiff, v. | : : : : | NO. 14-1353 |
| REVIZER, LTD. and REVIZER TECHNOLOGIES, LTD., | : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 3rd day of April, 2014, upon consideration of the Plaintiff Red Online Marketing Group, LP ("50onRed")'s Motion for a Temporary Restraining Order and a Preliminary Injunction (Docket No. 5), 50onRed's Amended Motion (Docket No. 7), Defendants Revizer, Ltd. and Revizer Technologies, Ltd. ("Revizer")'s Response in Opposition (Docket No. 9), and counsel's argument at the hearing of April 1, 2014, it is hereby **ORDERED** that:

1. Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (Docket No. 7) is **DENIED** as to a temporary restraining order;

2. Defendant shall appear before this Court on Tuesday, June 3, 2014 at 10:00 a.m. in Courtroom 14A to show cause why the Court should not grant a preliminary injunction; and

3. All discovery as to the preliminary injunction shall be completed by Tuesday, May 27, 2014.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.