IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RED ONLINE MARKETING GROUP, LP | : | |
| d/b/a/ 50ONRED, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 14-1353 |
| REVIZER, LTD. and | : | |
| REVIZER TECHNOLOGIES, LTD., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *2nd* day of *February*, 2015, upon consideration of Plaintiff Red Online Marketing Group, LP, d/b/a 50onRed ("Plaintiff")'s Motion to Dismiss Count One of Defendants' Counterclaims (Docket No. 58), the Response in Opposition by Defendants Revizer, Ltd. and Revizer Technologies, Ltd. ("Defendants") (Docket No. 62), Plaintiff's Reply Brief (Docket No. 66), and Defendants' Sur-Reply Brief (Docket No. 69), it is hereby **ORDERED** that:

1. Count One of Defendants' Counterclaim is **DISMISSED WITH PREJUDICE**.

2. Plaintiff shall file an Answer to Defendants' remaining counterclaims within 20 (twenty) days of the date of this Order.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.